**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

|  | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Akinniyi, Bamidele | 8/2/1995 | Texas | Southern District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 2. | Amin, Janak | 7/1/1969 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-IX |
| 3. | Anderson, Nathan | 12/12/1973 | Texas | Southern District of Texas | No | Yes | No | Kidney Cancer | Counts I-IX |
| 4. | Anderson, Osmund | 3/12/1961 | West Virginia | Northern District of West Virginia | No | Yes | No | Ulcerative Colitis and Thyroid Disease | Counts I-IX |
| 5. | Annunziata, Nancy | 4/30/1975 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 6. | Aultman, Shauna | 1/28/1978 | Georgia | Northern District of Georgia | No | Yes | No | Thyroid Disease | Counts I-IX |
| 7. | Baehr, Michael | 7/21/1964 | New York | Eastern District of New York | No | Yes | No | Testicular Cancer | Counts I-IX |
| 8. | Beltz, Kevin | 6/7/1966 | California | Eastern District of California | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 9. | Bender, Lorraine | 6/30/1940 | New York | Eastern District of New York | No | Yes | No | Kidney Cancer | Counts I-IX |

---

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 10. | Bennedum, Erin | 1/21/1978 | Connecticut | District of Connecticut | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 11. | Beran, Jennifer | 10/1/1981 | Pennsylvania | Western District of Pennsylvania | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 12. | Beshai, Farouk | 10/27/1948 | California | Central District of California | No | Yes | No | Kidney Cancer | Counts I-IX |
| 13. | Bolden, Sherrylon | 8/19/1965 | Alabama | Middle District of Alabama | No | Yes | No | Thyroid Disease | Counts I-IX |
| 14. | Bolton Jr., Edward | 8/11/1944 | North Carolina | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | Counts I-IX |
| 15. | Borello, Richard | 10/8/1954 | California | Central District of California | No | Yes | No | Kidney Cancer | Counts I-IX |
| 16. | Brenson, Renae | 2/20/1974 | Louisiana | Eastern District of Louisiana | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 17. | Britten, Alena | 4/13/1969 | Pennsylvania | Middle District of Pennsylvania | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 18. | Brooks, Laurent | 4/25/1998 | Washington | Eastern District of Washington | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 19. | Bryson, Holly | 11/5/1966 | Mississippi | Southern District of Mississippi | No | Yes | No | Kidney Cancer and Thyroid Disease | Counts I-IX |
| 20. | Buckley, Dorothy | 7/24/1956 | Michigan | Western District of Michigan | No | Yes | No | Kidney Cancer | Counts I-IX |
| 21. | Buras, Steven | 6/16/1949 | Louisiana | Eastern District of Louisiana | Yes | Yes | No | Kidney Cancer | Counts I-IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 22. | Burge, Anthony | 11/3/1988 | Michigan | Western District of Michigan | No | Yes | No | Testicular Cancer | Counts I-IX |
| 23. | Cacins, David | 11/23/1950 | West Virginia | Southern District of West Virginia | No | Yes | No | Thyroid Disease | Counts I-IX |
| 24. | Camacho, Javan | 12/19/1980 | New Jersey | District of New Jersey | No | Yes | No | Thyroid Cancer and Thyroid Disease | Counts I-IX |
| 25. | Carr, Christopher | 12/21/1966 | Georgia | Southern District of Georgia | No | Yes | No | Thyroid Disease | Counts I-IX |
| 26. | Chennault, Tuesdae | 5/15/1982 | Alabama | Northern District of Alabama | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 27. | Clement, Dawn | 8/11/1967 | California | Eastern District of California | No | Yes | No | Thyroid Disease | Counts I-IX |
| 28. | Colorossi, Kenneth | 6/12/1983 | Washington | Western District of Washington | No | Yes | No | Testicular Cancer | Counts I-IX |
| 29. | Conner, Consuelo | 3/29/1971 | Georgia | Northern District of Georgia | No | Yes | No | Thyroid Disease | Counts I-IX |
| 30. | Conner, Tammie | 5/7/1962 | Mississippi | Southern District of Mississippi | No | Yes | No | Kidney Cancer | Counts I-IX |
| 31. | Coon, David | 4/7/1949 | Missouri | Western District of Missouri | No | Yes | No | Testicular Cancer | Counts I-IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 32. | Davis, Scot | 11/6/2004 | California | Eastern District of California | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 33. | Denmark, Tracy | 8/10/1965 | Virginia | Eastern District of Virginia | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 34. | Disotell, Daniel | 7/5/1965 | Arkansas | Eastern District of Arkansas | No | Yes | No | Testicular Cancer | Counts I-IX |
| 35. | Divo, Shawn | 10/30/1967 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-IX |
| 36. | Dougherty, Julie | 6/27/1970 | Florida | Middle District of Florida | No | Yes | No | Thyroid Disease | Counts I-IX |
| 37. | Downing, Hunter | 11/8/1987 | Alabama | Northern District of Alabama | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 38. | Evans, Lakesha | 10/13/1972 | Texas | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-IX |
| 39. | Falco, Shelby | 11/1/1985 | New Jersey | District of New Jersey | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 40. | Falvey, Andrea | 6/18/1968 | Massachusetts | District of Massachusetts | No | Yes | No | Kidney Cancer | Counts I-IX |
| 41. | Farnham, James | 2/8/1948 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-IX |
| 42. | Felton, Mackenzie | 3/13/1987 | California | Northern District of California | No | Yes | No | Kidney Cancer | Counts I-IX |
| 43. | Fiorello, John | 2/2/1956 | New York | Western District of New York | No | Yes | No | Thyroid Disease | Counts I-IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 44. | Fisk, Jason | 8/20/1964 | Texas | Northern District of Texas | No | Yes | No | Kidney Cancer and Ulcerative Colitis | Counts I-IX |
| 45. | Ford, Mirah | 11/21/1983 | North Carolina | Eastern District of North Carolina | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 46. | Fritzsch-Kroll, Petra | 3/24/1972 | North Dakota | District of North Dakota | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 47. | Gardner, James | 2/12/1985 | Arizona | District of Arizona | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 48. | Garrelick, Daniel | 1/21/1981 | Maryland | District of Maryland | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 49. | Garrett, Daniel | 5/13/1973 | North Carolina | Eastern District of North Carolina | No | Yes | No | Thyroid Disease | Counts I-IX |
| 50. | Germain, John | 11/12/1963 | Connecticut | District of Connecticut | No | Yes | No | Testicular Cancer | Counts I-IX |
| 51. | Gianelli, Linda | 12/10/1958 | California | Eastern District of California | No | Yes | No | Kidney Cancer | Counts I-IX |
| 52. | Gilbert, Timothy | 12/13/1984 | New York | Eastern District of New York | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 53. | Giovannoni, Maria | 2/18/1966 | California | Eastern District of California | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 54. | Gonzales, Jodi | 4/11/1982 | Virginia | Eastern District of Virginia | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 55. | Goodrich, Anthony | 12/5/1960 | Tennessee | Middle District of Tennessee | Yes | Yes | No | Thyroid Disease | Counts I-IX |
| 56. | Gould, Kelly | 10/19/1960 | Arizona | District of Arizona | Yes | Yes | No | Liver Cancer | Counts I-IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 57. | Grapski, Jillian | 8/18/1988 | Florida | Southern District of Florida | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 58. | Graves, Charles | 6/10/1950 | Florida | Middle District of Florida | Yes | Yes | No | Thyroid Disease | Counts I-IX |
| 59. | Guzik, Alison | 3/26/1993 | Minnesota | District of Minnesota | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 60. | Hanson, Walter | 10/17/1985 | Michigan | Eastern District of Michigan | No | Yes | No | Thyroid Disease | Counts I-IX |
| 61. | Harrington, Steven | 8/29/1953 | Washington | Eastern District of Washington | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 62. | Harris, Marshall | 4/19/1951 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-IX |
| 63. | Harris, Sharon | 3/10/1956 | Louisiana | Middle District of Louisiana | No | Yes | No | Thyroid Disease | Counts I-IX |
| 64. | Hassani, Neda | 9/21/1983 | California | Central District of California | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 65. | Hernandez, David | 12/31/1978 | Texas | Southern District of Texas | No | Yes | No | Kidney Cancer | Counts I-IX |
| 66. | Hillard, Jason | 12/12/1969 | Michigan | Western District of Michigan | Yes | Yes | No | Thyroid Cancer | Counts I-IX |
| 67. | Hiltbrand, Jim | 5/23/1968 | New York | Northern District of New York | No | Yes | No | Thyroid Disease | Counts I-IX |
| 68. | Hopkins, Robert | 6/16/1978 | Texas | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | Hustad, Eric | 6/19/1963 | Washington | Eastern District of Washington | No | Yes | No | Testicular Cancer | Counts I-IX |
| 70. | Jackson, Bryan | 11/3/1982 | North Carolina | Eastern District of North Carolina | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 71. | Jervis, William | 2/19/1991 | Kentucky | Eastern District of Kentucky | Yes | Yes | No | Thyroid Disease | Counts I-IX |
| 72. | Joe, Jamyel | 7/7/1972 | North Carolina | Middle District of North Carolina | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 73. | Kalinowski, Richard | 8/25/1971 | Michigan | Eastern District of Michigan | No | Yes | No | Testicular Cancer | Counts I-IX |
| 74. | Kelder, Zachary | 8/7/1994 | North Carolina | Eastern District of North Carolina | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 75. | Kelsey, John | 10/8/1947 | Texas | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-IX |
| 76. | Kimberling, Kimberly | 6/8/1983 | Texas | Northern District of Texas | No | Yes | No | Thyroid Cancer and Thyroid Disease | Counts I-IX |
| 77. | Kinner, Bertha | 5/22/1963 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer and Thyroid Disease | Counts I-IX |
| 78. | Knighten, Santhus | 3/6/1958 | Florida | Middle District of Florida | Yes | Yes | No | Thyroid Disease | Counts I-IX |
| 79. | Kornikowski, Kim | 5/27/1972 | Florida | Middle District of Florida | No | Yes | No | Thyroid Cancer | Counts I-IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 80. | Kriplean, Lorrie | 9/25/1972 | Florida | Middle District of Florida | Yes | Yes | No | Thyroid Disease | Counts I-IX |
| 81. | Kunego, Chad | 8/28/1973 | New York | Northern District of New York | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 82. | Lang, Michael | 10/9/1970 | Indiana | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-IX |
| 83. | Lautenschlager, Derek | 11/30/1977 | California | Eastern District of California | No | Yes | No | Kidney Cancer | Counts I-IX |
| 84. | Lear, James | 11/12/1971 | Florida | Middle District of Florida | No | Yes | No | Ulcerative Colitis and Thyroid Disease | Counts I-IX |
| 85. | Leishman, Abby | 5/10/2001 | North Carolina | Eastern District of North Carolina | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 86. | LeRoux, Jeffrey | 7/13/1950 | California | Northern District of California | No | Yes | No | Kidney Cancer | Counts I-IX |
| 87. | Loyd, Antionette | 2/7/1962 | Mississippi | Southern District of Mississippi | No | Yes | No | Thyroid Disease | Counts I-IX |
| 88. | Lunsford, Travis | 10/6/1990 | Virginia | Eastern District of Virginia | No | Yes | No | Testicular Cancer | Counts I-IX |
| 89. | Marin, Erin | 8/13/1989 | North Carolina | Eastern District of North Carolina | No | Yes | No | Thyroid Disease | Counts I-IX |
| 90. | Martin, Jeremy | 11/14/1976 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 91. | Mccluer, Michelle | 4/14/1972 | Virginia | Eastern District of Virginia | No | Yes | No | Thyroid Disease | Counts I-IX |
| 92. | McGuire, Neil | 6/22/1979 | Massachusetts | District of Massachusetts | No | Yes | No | Testicular Cancer | Counts I-IX |
| 93. | Mello, Kathileen | 4/5/1948 | California | Eastern District of California | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 94. | Montoya, Maureen | 2/17/1962 | California | Central District of California | No | Yes | No | Thyroid Cancer and Ulcerative Colitis | Counts I-IX |
| 95. | Mott, Sallie | 8/23/1957 | Ohio | Northern District of Ohio | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 96. | Mueller, Andrew | 6/11/1986 | Iowa | Southern District of Iowa | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 97. | Nelson, Matthew | 12/21/1975 | North Carolina | Middle District of North Carolina | No | Yes | No | Kidney Cancer and Thyroid Disease | Counts I-IX |
| 98. | Nonnemaker, John | 11/14/1977 | Missouri | Western District of Missouri | No | Yes | No | Thyroid Disease | Counts I-IX |
| 99. | O'rourke, Alison | 6/2/1997 | Virginia | Eastern District of Virginia | No | Yes | No | Thyroid Disease | Counts I-IX |
| 100. | Papa, Alexander | 11/16/1982 | Florida | Northern District of Florida | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 101. | Paris, Joseph | 2/17/1961 | California | Eastern District of California | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 102. | Perkins, Arnold | 4/24/1950 | Kentucky | Eastern District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | Perryman, Mark | 10/1/1964 | North Carolina | Western District of North Carolina | No | Yes | No | Kidney Cancer | Counts I-IX |
| 104. | Peterson, Andrew | 1/20/1990 | Illinois | Northern District of Illinois | No | Yes | No | Kidney Cancer | Counts I-IX |
| 105. | Peterson, Nile | 10/26/1985 | Georgia | Southern District of Georgia | No | Yes | No | Testicular Cancer | Counts I-IX |
| 106. | Piccina, Cintia | 2/4/1973 | New Jersey | District of New Jersey | No | Yes | No | Kidney Cancer | Counts I-IX |
| 107. | Piche, Gonzalo | 8/10/1982 | New York | Eastern District of New York | No | Yes | No | Kidney Cancer | Counts I-IX |
| 108. | Pizzolato, Michael | 1/27/1955 | Louisiana | Western District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-IX |
| 109. | Pratley, Heidi | 1/18/1971 | Washington | Eastern District of Washington | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 110. | Presley, Michelle | 10/22/1965 | Alabama | Middle District of Alabama | No | Yes | No | Thyroid Disease | Counts I-IX |
| 111. | Price, Amanda | 7/19/1993 | North Carolina | Western District of North Carolina | No | Yes | No | Ulcerative Colitis, Thyroid Cancer and Thyroid Disease | Counts I-IX |
| 112. | Puth, Christopher | 4/6/1970 | California | Southern District of California | No | Yes | No | Thyroid Disease | Counts I-IX |
| 113. | Ramirez Jr., Bernade | 6/7/1984 | Texas | Western District of Texas | No | Yes | No | Kidney Cancer and Testicular Cancer | Counts I-IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 114. | Riello, Anthony | 11/5/1967 | New Jersey | District of New Jersey | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 115. | Riggins, Carolyn | 10/27/1967 | Virginia | Eastern District of Virginia | No | Yes | No | Thyroid Disease | Counts I-IX |
| 116. | Riggins, Sean | 10/22/1967 | North Carolina | Eastern District of North Carolina | No | Yes | No | Thyroid Disease | Counts I-IX |
| 117. | Robinson, Jimmie | 9/28/1955 | North Carolina | Eastern District of North Carolina | No | Yes | No | Testicular Cancer | Counts I-IX |
| 118. | Rodriguez, Sandra | 8/9/1969 | Missouri | Western District of Missouri | No | Yes | No | Thyroid Disease | Counts I-IX |
| 119. | Scarborough, Edmund | 9/29/1967 | Kentucky | Eastern District of Kentucky | No | Yes | No | Thyroid Disease | Counts I-IX |
| 120. | Schaffer, Terry | 4/20/1963 | Pennsylvania | Middle District of Pennsylvania | No | Yes | No | Thyroid Disease | Counts I-IX |
| 121. | Searle, Warren | 12/28/1956 | Alaska | District of Alaska | No | Yes | No | Liver Cancer | Counts I-IX |
| 122. | Shearer, Tiffany | 11/22/1977 | Oregon | District of Oregon | No | Yes | No | Thyroid Disease | Counts I-IX |
| 123. | Smallwood, Gary | 7/18/1976 | Kentucky | Eastern District of Kentucky | No | Yes | No | Thyroid Disease | Counts I-IX |
| 124. | Smiljkovich, Mary | 5/18/1973 | California | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 125. | Somers, Jennifer o/b/o injured party Somers, Julian | 2/6/2013 | New York | Eastern District of New York | No | Yes | No | Testicular Cancer | Counts I-IX |
| 126. | Stefan, Doug | 12/21/1970 | Oregon | District of Oregon | No | Yes | No | Thyroid Disease | Counts I-IX |
| 127. | Sterett, Reese | 3/28/1972 | Washington | Eastern District of Washington | No | Yes | No | Testicular Cancer | Counts I-IX |
| 128. | Stevenson, Michelle | 9/27/1966 | Alabama | Southern District of Alabama | No | Yes | No | Testicular Cancer | Counts I-IX |
| 129. | Talamo, Elizabeth | 12/17/1968 | New Jersey | District of New Jersey | No | Yes | No | Kidney Cancer | Counts I-IX |
| 130. | Taylor Jr., Albert | 2/26/1991 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I-IX |
| 131. | Thomas, Christopher | 10/23/1972 | Alabama | Middle District of Alabama | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 132. | Thomas, Ruth | 10/13/1964 | Iowa | Northern District of Iowa | No | Yes | No | Kidney Cancer | Counts I-IX |
| 133. | Thomas, Steven | 8/3/1973 | Maryland | District of Maryland | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 134. | Thompson, Desiree | 11/10/1981 | Texas | Southern District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 135. | Tobosa, Sean | 8/30/1981 | Colorado | District of Colorado | No | Yes | No | Thyroid Disease | Counts I-IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 136. | Torresrosado, Jesus | 10/10/1992 | Texas | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-IX |
| 137. | Toups, William | 2/11/1952 | Louisiana | Middle District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-IX |
| 138. | Trautz, Sheila | 11/4/1966 | Missouri | Western District of Missouri | No | Yes | No | Kidney Cancer | Counts I-IX |
| 139. | Triplett, Michael | 5/29/1978 | Illinois | Southern District of Illinois | No | Yes | No | Kidney Cancer | Counts I-IX |
| 140. | Trobough, Mikel | 12/13/1980 | Virginia | Eastern District of Virginia | No | Yes | No | Thyroid Cancer and Thyroid Disease | Counts I-IX |
| 141. | Turner, Fredrick | 7/18/1971 | Texas | Northern District of Texas | No | Yes | No | Testicular Cancer and Ulcerative Colitis | Counts I-IX |
| 142. | Tyler, Paul | 4/9/1956 | Arkansas | Western District of Arkansas | No | Yes | No | Kidney Cancer | Counts I-IX |
| 143. | Vasquez, George | 11/26/1992 | Maine | District of Maine | No | Yes | No | Thyroid Disease | Counts I-IX |
| 144. | Wagner, Thomas | 8/13/1982 | Florida | Middle District of Florida | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 145. | Warner, Sherlyn | 5/4/1969 | California | Eastern District of California | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 146. | Weaver, Mekaylah | 4/30/2002 | Pennsylvania | Middle District of Pennsylvania | No | Yes | No | Thyroid Cancer | Counts I-IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 147. | Wells, Ladessa | 7/19/1996 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-IX |
| 148. | Wheeler, David | 8/15/1956 | Delaware | District of Delaware | Yes | Yes | No | Thyroid Disease | Counts I-IX |
| 149. | White Jr, Donald | 3/21/1976 | California | Central District of California | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 150. | Zelman, David | 3/28/1983 | Oregon | District of Oregon | No | Yes | No | Kidney Cancer | Counts I-IX |